## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

ALPHA BALL SCREW, LLC,

          Plaintiff,

v.

ACCUTHREAD, LLC, AERMOTIVE, LLC,
EJM BALL SCREW, LLC,
MITCHELL MACHELSKI,
MICHAEL MACHELSKI,
MATTHEW MACHELSKI,
DAVID H. HANSEN, and AUSTIN HANSEN,

          Defendants.
_____/

Case No. 1:24-cv-12043

Hon. Thomas L. Ludington
Hon. Patricia T. Morris

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Robert L. Stefani of the law firm of Robert L. Stefani, P.C. hereby enters his appearance as counsel for Defendants Accuthread, LLC, Aermotive, LLC, EJM Ballscrew, LLC, Mitchell Machelski, Michael Machelski, Matthew Machelski, David H. Hansen and Austin Hansen in the above captioned matter.

          Respectfully submitted,

          **ROBERT L. STEFANI, P.C.**

          */s/ Robert L. Stefani*
          Robert L. Stefani (P43856)
          Attorney for Defendants
          512 East Eleven Mile Road
          Royal Oak, Michigan 48067-2741
          (248) 554-9929
          (248) 709-6600
          rob@stefani-law.com

Dated: August 21, 2024