**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

ALPHA BALL SCREW, LLC

                Case No. 2:24-cv-12043

 Plaintiff,

v.                Hon. Thomas L. Ludington

ACCUTHREAD, LLC, AERMOTIVE,
LLC, EJM BALL SCREW, LLC
MITCHELL MACHELSKI, MICHAEL
MACHELSKI, MATTHEW MACHELSKI
DAVID H. HASEN, and AUSTIN HANSEN,

 Defendants.

---

## NOTICE OF APPEARANCE

 PLEASE TAKE NOTICE that Micah Marcus of the law firm McDonald Hopkins LLC hereby enters his appearance as counsel for Plaintiff Alpha Ball Screw, LLC in the above-captioned matter.

Dated: August 27, 2024      Respectfully Submitted,

               */s/ Micah Marcus*
               Micah Marcus
               McDonald Hopkins LLC
               300 N. LaSalle St., Ste. 1400
               Chicago, IL 60654
               312.280.0111 / Fax: 312.280.8232
               E-mail: mmarcus@mcdonaldhopkins.com

               *Attorneys for Plaintiff*

34101655.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the E-Filing System which will send notification of such filing to all counsel of record.

Dated: August 27, 2024                     Respectfully Submitted,

*/s/ Micah Marcus*
Micah Marcus
McDonald Hopkins LLC
300 N. LaSalle St., Ste. 1400
Chicago, IL 60654
312.280.0111 / Fax: 312.280.8232
E-mail: mmarcus@mcdonaldhopkins.com

*Attorneys for Plaintiff*